RE: _Maria Cristina Martinez_ PRO SE          Case # _13-12642 LMI_

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

X Tax returns: 2010 (2011 2012 ) Corp 2010 2011 2012
___ Bank Account Statements □ 3 months pre-petition

_____
_____
_____

___ Check copy
_____

X FMV(NADA/Carmax), Reg and Payoff : Vehicles
_____

X FMV and Payoff : Real Estate
_____

___ Non homestead Information Sheet
___ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
X BDQ & attachments
X Profit and loss and  Balance Sheet
X Bank statements and all checks _____3_____ months

___ Fee application (see court guideline 6)
___ Income understated _____ stubs _____ taxes
          co-debtor _____ stubs _____ taxes
___ Spouse's pay advices/spouse's wages not disclosed
___ Proof of household size (government ID w/ address)
       and income of all adults
___ Best effort < 36 months < 60 months
___ Expenses objectionable: Sch J □ Provide Proof

___ D/I  > 100%   < 90%   Feasibility
___ Info on transfer SOFA #3  #10  undisclosed
___ Tolling Agreement(s)

Other: _Amend Sch B - Blank. Remove language from other intention._
_Ocean Bank cured or paid direct._
_____

---

___ ☑Photo ID(s) □ LF 90  ☑LF67 □ LF10
___ Domestic Support Info: name address and phone
X Affidavits of _____ support  X rent
___ Missing □ 2016(B) □ Other _____
X Other provisions ☑TVL □ 100% □ lawsuit □ lease
                    □ gambling □ HAMP □ LMM
X Plan does not fund
X (Calculation errors)/improper months _Atty Fees_
___ Valuation motion  □ not filed  □ not resolved
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or filed POC

X Object or Conform to Proof of Claim
___ Miami-Dade County  ___ Tax Certificate(DE# _____)
___ Dept of Revenue  ___ IRS
# I REP4 V, LLC
_____
_____

___ **Objection to Exemption (specifics to be filed)**
To be heard with confirmation at 1:30 pm
___ Ch 7 s/b _____ plus tax refund / valuations
___ Good faith to unsecured
X Expenses: documentation/calculation: CMI line
_20_

X CMI/DI _1,304.67_ x 60 = _78,280.20_
☑ Plus income/expenses issues □ Trustee est. $ _____
___ Undervalued collateral should be crammed down

---

Trustee reserves the right to raise additional objects until all requested documents are timely provided

***IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.** **The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. _The debtor or debtor's attorney must appear at the confirmation hearing._** The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on** _May 20, 2013_ **to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above,  b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves  all motions and self-calendars those motions for the first confirmation hearing.**

        I certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or  by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027