**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ __4th__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Maria Cristina Martinez**   JOINT DEBTOR:    CASE NO.: **13-12642**
Last Four Digits of SS# **xxx-xx-1391**   Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
| A. | $ | 1,283.00 | for months | 1 | to | 1 | ; (1st pmt. due March 5th, 2013) |
| B. | $ | 5,783.00 | for months | 2 | to | 2 | ; |
| C. | $ | 3,856.00 | for months | 3 | to | 4 | ; |
| D. | $ | 3,943.00 | for months | 5 | to | 60 | ; in order to pay the following creditors: |

Administrative:  Attorney's Fee - $ **2,900.00**  TOTAL PAID $ **1,500.00**
Balance Due $ **1,400.00**  payable $ **700.00**  /month  (Months **1** to **2**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**OCEAN BANK**   Arrearage on Petition Date $    79,096.20

Address:  780 NW 42nd Ave.
Miami, FL 33126   Arrears Payment $    1,318.27 /month   (Months 1 to 60)

Account No:  ending in 1899   Regular Payment $    2,475.00 /month   (Months 1 to 60)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**   Total Due  $
   Payable  $    /month   (Months __ to __)   Regular Payment $

Unsecured Creditors: Pay $ **8.70** /month (Months **60** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

Confirmation of the plan shall impose an affirmative duty on the holders and/or the servicers of any claims secured by liens, mortgages and/or deeds of trust on the principal residence of the Debtors to do all of the following:

(1) To apply the payments received from the trustee on the pre-petition arrearages, if any, only to such arrearages. For purposes of this plan, the "pre-petition" arrears shall include all sums included in the "allowed" proof of claim and shall have a "0" balance upon entry of the Discharge Order in this case.

(2) To deem the pre-petition arrearages as contractually current upon confirmation of the plan, thereby precluding the imposition of late payment charges or other default-related fees and services based solely on the pre-petition default or defaults.

(3) To apply the direct post-petition monthly mortgage payments paid by the trustee or by the Debtors to the month in which each payment was designated to be made under the plan or directly by the Debtors, whether or not such

**payments are immediately applied by the creditor to the outstanding loan balance or are placed into some type of suspense, forbearance or similar account.**

**Special Intentions:**
**Ocean Bank: Debtor will make future payments in amount of $2,475.00/month to the trustee along with debtor's arrearage payment.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Maria Cristina Martinez**
**Maria Cristina Martinez**
Debtor

Date:  **June 28, 2013**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                                                                              Best Case Bankruptcy