UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CASE NO. 13-12642-LMI

MARIA CRISTINA MARTINEZ

Debtor.

_____/

### DEBTORS' OBJECTION TO TRUSTEE'S REQUEST FOR ENTRY OF ORDER DISMISSING CASE FOR FAILURE TO MAKE PRE-CONFIRMATION PLAN PAYMENTS [61]

COMES NOW, Debtor, MARIA CRISTINA MARTINEZ (hereinafter "Debtor" or "MARTINEZ"), by and through her undersigned counsel, and hereby files her Objection to Trustee's Request for Entry of Order Dismissing Case for Failure to Make Pre-Confirmation Plan Payments [61] and in support thereof, states as follows:

**JURISDICTION**

**RESPECTFULLY SUBMITTED** this 26th day of July 2013.

*I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

*Marcy E. Abitz, P.A.*
*Attorney for Debtor*


/s/ MARCY E. ABITZ
Marcy E. Abitz, Esquire
Fla Bar No. 618772

2455 Hollywood Blvd. Ste 114

Hollywood, Florida 33020

954-453-1148

305-397-1456 (fax)

Email: marcy@abitzlawgroup.com