UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   13-12642

IN RE:
Maria Cristina Martinez
    Debtor
_____/

TRUSTEE'S RESPONSE TO MOTION TO REINSTATE
(calculation of amounts necessary under Local Rule 9013-1(E))

Nancy K Neidich, Chapter 13 Trustee, files this Response to the debtor's Motion to Reinstate and states as follows:

1) The Trustee is holding $18,058.80 in this case

2) The debtor should have tendered the amount of $12,491.20 as of October 5, 2013 to the Chapter 13 Trustee to be current under the proposed plan as calculated below:

    $1,283.00 which is the amount of $1283.00 due in month 1
    $5,783.00 which is the amount of $5783.00 due in month 2
    $7,712.00 which is the amount of $3856.00 due in months 3 and 4
    $15,772.00 which is the amount of $3943.00 due in months 5, 6, 7, and 8
    -$18,058.80 which is the amount held by Trustee
    $12,491.20 which is the amount needed to reinstate case

3) The plan payments are not sufficient to fund the payments to creditors and pay the Trustee's fees:  the plan would calculate as:

| months: | 1 & 2 | 3 to 59 | 60 |
|---|---|---|---|
| Plan payment | $ 4,992.52 | $ 4,214.74 | $ 4,224.41 |
| Trustee's 10% fee | $ 499.25 | $ 421.47 | $ 422.44 |
| attorney fees | $ 700.00 | | |
| Ocean (arrears) | $ 1,318.27 | $ 1,318.27 | $ 1,318.27 |
| Ocean (regular) | $ 2,475.00 | $ 2,475.00 | $ 2,475.00 |
| Unsecured credito | | | $ 8.70 |

Under this plan the debtor should have paid $35,273.48 [(6 x 4214.74) + (2 x 4992.52) ] and would require an additional $17,214.68 to be current.

4) The Trustee has not received the debtor's tax returns nor reviewed this file for possible issues related to the payments to unsecured creditors and reserves the right to object to the amount paid in the proposed plan or raise other objections at confirmation. .

I hereby certify that a true and correct copy of the foregoing and the notice of hearing generated through ECF was served through NEF on debtor's attorney on October 24, 2013

    Submitted by
NANCY K NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
FLORIDA BAR NO.: 441856
AMY E. CARRINGTON, ESQUIRE
FLORIDA BAR NO: 0101877
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402